# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Francisco Espada, Jr., | No. CV-25-02048-PHX-SMB |
| Petitioner, | **ORDER** |
| v. | |
| Attorney General of the State of Arizona, et al., | |
| Respondents. | |

United States Magistrate Judge Eileen Willett issued a report and recommendation ("R&R") (Doc. 22) recommending that Petitioner's Amended Petition (Doc. 11) be dismissed with prejudice. Petitioner filed a Motion for Reconsideration (Doc. 23) which the Court construes as his objections to the R&R. The Court reviews the R&R and Petitioner's objections de novo. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the court must make a de novo determination of those portions of the R&R to which specific objections are made).

While unclear, Petitioner seems to object to the Magistrate Judge's findings related to procedural default. After a de novo review of the R&R, the Court fully agrees with the Magistrate Judge's analysis and conclusions and rejects Petitioner's objections as meritless. *See United States v. Ramos*, 65 F.4th 427, 434 (9th Cir. 2023) (noting that in a de novo review a "district court had no obligation to provide individualized analysis of each objection"). Accordingly, the Court accepts the recommended decision within the meaning of Federal Rule of Civil Procedure 72(b) and overrules Petitioner's objections.

*See* § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate").

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. 22) is **adopted** and the Amended Petition is dismissed with prejudice.

**IT IS FURTHER ORDERED** that Petitioner's objections (Doc. 23) are **overruled**.

**IT IS FURTHER RECOMMENDED** that a certificate of appealability and leave to proceed in forma pauperis on appeal be denied because dismissal of the Amended Petition is justified by a plain procedural bar and jurists of reason would not find the procedural ruling debatable. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**IT IS FURTHER ORDERED** directing the Clerk of Court to enter judgment and terminate this case.

Dated this 8th day of May, 2026.

Honorable Susan M. Brnovich
United States District Judge

- 2 -